UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAI CARE CENTERS OF MICHIGAN I,
LLC,

    Plaintiff,

v.

ADMINISTRATION SYSTEMS RESEARCH
CORPORATION, INTERNATIONAL, et al.,

    Defendants.
_____/

Case No. 1:17-cv-1142

HONORABLE PAUL L. MALONEY

# ORDER DISMISSING CLAIMS AGAINST HEALTH BENEFITS PLAN FOR J&H OIL COMPANY AND J&H OIL COMPANY

In accordance with the Bench Opinion issued by the Court on February 11, 2019:

**IT IS HEREBY ORDERED** that the motion to dismiss filed by Defendants Administration Systems Research Corporation, International, Health Benefits Plan for J&H Oil Company and J&H Oil Company (ECF No. 25) is GRANTED IN PART for the reasons stated on the record. Plaintiff's claims against Defendants Health Benefits Plan for J&H Oil Company and J&H Oil Company are DISMISSED.

**IT IS FURTHER ORDERED** that the remainder of the motion is TAKEN UNDER ADVISEMENT.

Dated: February 12, 2019

      /s/ Paul L. Maloney
      Paul L. Maloney
      United States District Judge